# Third District Court of Appeal

## State of Florida

Opinion filed June 1, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1286
Lower Tribunal No. 18-37773
_____

**Gulam Jaffer,**
Appellant,

vs.

**153 REHC LLC, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Kopelowitz Ostrow Ferguson Weiselberg Gilbert, and Alexis Fields (Fort Lauderdale), for appellant.

Stolzenberg Gelles Flynn & Arango, LLP, Cheryl Zickler and Jared Gelles, for appellee 153 REHC LLC.

Before EMAS, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. See NLG, LLC v. Hazan, 151 So. 3d 455, 456 (Fla. 3d DCA 2014) (noting a party's "prior suit on the promissory note and recordation of a judgment on the note was not an election of remedies precluding the later enforcement of the mortgage."); Nikooie v. JPMorgan Chase Bank, N.A., 183 So. 3d 424, 430 (Fla. 3d DCA 2014) (noting the parties needed to have paid documentary stamp and intangible taxes on the principal mortgage amounts claimed by them); Barton v. MetroJax Prop. Holdings, LLC, 207 So. 3d 304, 307 (Fla. 3d DCA 2016) ("'[Section] 701.02's recording requirement is applicable only to (and enforceable by) competing creditors or subsequent *bona fide* purchasers of the *mortgagee*, not by the mortgagor.'" (quoting JP Morgan Chase v. New Millennial, LC, 6 So. 3d 681, 685 (Fla. 2d DCA 2009))); § 95.11(2)(c), Fla. Stat. (providing that the statute of limitations is five years for "[a]n action to foreclose a mortgage."); § 687.03, Fla. Stat. (noting "if any loan, . . . or obligation exceeds $500,000 in amount or value, it shall not be usury or unlawful to reserve, charge, or take interest thereon unless the rate of interest exceeds" twenty-five percent); Tillman v. State, 471 So. 2d 32, 35 (Fla. 1985) ("In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved.").